AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS AND AMERICAN OVERSIGHT | ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | | |
| v. | | Civil Action No. 1:21-cv-10761 |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT | | |
| *Defendant* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Krista Oehlke
Daniel L. McFadden
Matthew R. Segal
Counsel for ACLU Foundation of MA
211 Congress Street
Boston, MA 02110  617.482.3170
koehlke@aclum.org

Katherine M. Anthony
Counsel for Plaintiff American Oversight
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-10761

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland, Attorney General
U.S. Department of Justice, 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)*
by certified mail, return receipt requested                on *(date)* 05/13/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/13/2021

*Server's signature*

Wendy Altshuler, Legal Assistant
*Printed name and title*

ACLU of Massachusetts
211 Congress Street, Ste 301
Boston, MA 02110
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC. and AMERICAN OVERSIGHT,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　　Defendant. | Civil Action No.  1:21-cv-10761 |

## AFFIDAVIT OF SERVICE

I, Wendy Altshuler, hereby state and affirm as follows:

1.　I am the Legal Assistant at the American Civil Liberties Union Foundation of Massachusetts, Inc. who is the Plaintiff in the above-captioned matter.

2.　On May 13, 2021, I served the Summons and Complaint in this action upon the following by certified mail, return receipt requested:

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Signed under the penalties of perjury this 13th day of May 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Wendy Altshuler

1