AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS AND AMERICAN OVERSIGHT <br> *Plaintiff* <br> v. <br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT <br> *Defendant* | Civil Action No.  1:21-cv-10761 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Nathaniel R. Mendell
Acting U.S. Attorney for the District of Massachusetts
John Joseph Moakley U.S. Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Krista Oehlke
Daniel L. McFadden
Matthew R. Segal
Counsel for ACLU Foundation of MA
211 Congress Street
Boston, MA 02110  617.482.3170
koehlke@aclum.org

Katherine M. Anthony
Counsel for Plaintiff American Oversight
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-10761

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nathaniel Mendell, US Atty for MA**
was received by me on *(date)* **5-13-21**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Lisa, admin, for US Atty**, who is
designated by law to accept service of process on behalf of *(name of organization)* **US Atty's office**
**at 11:10 Am** on *(date)* **5-17-21**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ —  for travel and $ —  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: **5-17-21**

*Server's signature*

**Jon Pollack, Process Sur.**

*Printed name and title*

Jon Pollack & Assoc
279 E. CENTRAL ST, #222
FRANKLIN, MA
·02038·

*Server's address*

Additional information regarding attempted service, etc: