UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC. and AMERICAN OVERSIGHT,<br><br>                      Plaintiffs,<br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                      Defendant. | C.A. No. 1:21-cv-10761-NMG |

## **PLAINTIFF'S CERTIFICATION PURSUANT TO L.R. 16.1**

Pursuant to Local Rule 16.1(d)(3), Plaintiff American Civil Liberties Union of Massachusetts ("ACLUM") confirms that ACLUM and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 20, 2021

Respectfully submitted,

*Carol K Rose*

Carol Rose
Executive Director
ACLU of Massachusetts, Inc.

*/s/ Krista Oehlke*
Krista Oehlke (BBO #707566)
Daniel L. McFadden (BBO #676612)
Matthew R. Segal (BBO #654489)

American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
koehlke@aclum.org

*Counsel for Plaintiff American Civil Liberties Union of Massachusetts, Inc.*