UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS; and AMERICAN OVERSIGHT, <br><br> Plaintiffs, <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | C.A. No. 21-10761-NMG |

DEFENDANT'S CERTIFICATION
PURUSANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), defendant, U.S. Immigration and Customs Enforcement ("Defendant") and its counsel hereby certify that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full courses of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute

   c. resolution programs such as those outlines in Local Rule 16.4.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | Nathaniel R. Mendell |
| | Acting United States Attorney |
| By: *[signature]* | By: *[signature]* |
| Sherry Beshay | Michael Sady |
| Associate Legal Advisor | Assistant U.S. Attorney |
| Government Information Law Division | U.S. Attorney's Office |
| Office of the Principal Legal Advisor | 1 Courthouse Way, Suite 9200 |
| U.S. Immigration and Customs Enforcement | Boston, MA 02210 |
| | (617) 748-3100 |
| | michael.sady@usdoj.gov |
| Date: July 19, 2021 | Date: July 20, 2021 |