UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC. and AMERICAN OVERSIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 21-10761-NMG |

**CERTIFICATION BY PLAINTIFF AMERICAN OVERSIGHT
PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1(d)(3), Plaintiff American Oversight confirms that American Oversight and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 20, 2021

Counsel for Plaintiff American Oversight,

 */s/ Katherine M. Anthony*
Katherine M. Anthony (BBO #685150)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, District of Columbia 20005
(202) 897-3918
katherine.anthony@americanoversight.org

Plaintiff,

/s/ *Austin R. Evers*
Austin R. Evers
Executive Director
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, District of Columbia 20005

## Certificate of Service

      I hereby certify that this document will be served on all registered participants through the Court's CM/ECF system.

July 20, 2021                                                  */s/ Katherine M. Anthony*