UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS; and AMERICAN OVERSIGHT,<br><br>Plaintiffs,<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No.  21-10761-AK<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the Defendant hereby moves that this Court enter judgment in its favor in the instant action.

Defendant relies on its Local Rule 56.1 Statement of Facts and Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

NATHANIEL R. MENDELL,
Acting United States Attorney

By:  */s/ Michael Sady*
Michael Sady
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Michael.sady@usdoj.gov

Dated:  December 14, 2021

1

LOCAL RULE 7.1 CERTIFICATION

    The undersigned counsel asserts that he has conferred with the Plaintiff regarding this Motion to narrow the issues.

                                    */s/ Michael Sady*
                                    Michael Sady
                                    Assistant U.S. Attorney

Dated: December 14, 2021