UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS; and AMERICAN OVERSIGHT, </br></br>　　　　　Plaintiffs, </br>　　v. </br></br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, </br></br>　　　　　Defendant. | C.A. No.  1:21-cv-10761-AK |

DEFENDANT'S *ASSENTED TO* MOTION TO
EXTEND SCHEDULING ORDER DEADLINES

The Defendant, United States Customs Enforcement agency, by and through its attorney, Rachael S. Rollins, United States Attorney, hereby moves this Court to extend the Scheduling Order Deadlines as follows:

1. Defendant's Reply and Opposition to Plaintiffs' Opposition and Cross-Motion for Summary Judgment to be filed on or before February 14, 2022; and

2. Plaintiff Sur-reply thereto to be filed on or before February 28, 2022.

Plaintiff assents to the allowance of this Motion.

WHEREFORE, the Defendant respectfully requests that this Court allow its Motion to

1

Extend the Scheduling Order Deadlines as referenced above.

                                          Respectfully submitted,

                                          FOR THE DEFENDANT

                                          MARY M. MURRANE  
                                          Chief, Civil Division

                            By:    */s/ Michael Sady*  
                                          Michael Sady  
                                          Assistant U.S. Attorney  
                                          U.S. Attorney's Office  
                                          1 Courthouse Way. Suite 9200  
                                          Boston, MA  02210  
                                          (617) 748-3100  
                                          michael.sady@usdoj.gov

Dated: January 25, 2022