UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS; and AMERICAN OVERSIGHT,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Defendant. | Civil Action No. 1:21-cv-10761-AK |

## MOTION TO WITHDRAW FILING

Defendant seeks to withdraw docket entry # 53, a declaration, on the ground that Defendant did not file the final, signed version with exhibits. The correct version is being filed today.

Defendant regrets any inconvenience to the Court or its clerks.

The Court's consideration of this short extension is greatly appreciated.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MARY M. MURRANE
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

Dated: August 18, 2022　　　　By:　*/s/ Thomas E. Kanwit*
　　　　　　　　　　　　　　　　Thomas E. Kanwit
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　John J. Moakley U.S. Courthouse
　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　Tel.: 617-748-3100
　　　　　　　　　　　　　　　　Email: thomas.kanwit@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Thomas E. Kanwit, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  August 18, 2022                By:    */s/ Thomas E. Kanwit*
                                                          Thomas E. Kanwit
                                                          Assistant United States Attorney