UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN OVERSIGHT,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>  Defendant. | C.A. No. 1:21-cv-10761-AK |

## DECLARATION OF DANIEL L. MCFADDEN, ESQ.

I, Daniel L. McFadden, hereby declare as follows:

1. I am an attorney and counsel of record for one of the plaintiffs in the action captioned above.

2. Attached hereto as Exhibit A is a true and accurate copy of a document stamped 2021-ICLI-00041 460 to 461, as provided to the plaintiffs by defendant U.S. Immigration and Customs Enforcement under a cover letter dated December 15, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: December 22, 2022

/s/ Daniel L. McFadden
Daniel L. McFadden