UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and AMERICAN OVERSIGHT,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | C.A. No. 1:21-cv-10761-AK |

## JOINT STATUS REPORT

The Court's October 5, 2022 Order (D.E. 67) required the parties to "file a joint status report detailing the status of records production, and whether they are requesting a schedule for further dispositive motions practice."

The parties report that ICE has withdrawn its assertion of exemption 7(A), which shields certain documents relating to ongoing investigations and prosecutions. On December 15, 2022, ICE produced, with certain redactions, 376 pages of records from HSI which had previously been withheld in their entirety under exemption 7(A). At that time, ICE also produced 12 pages of previously produced emails, but now with the exemption 7(A) redactions lifted.

The plaintiffs have filed a pending motion for leave to take certain limited discovery, including for the purpose of building a record for dispositive motions. ICE intends to oppose the discovery motion on or before January 18, 2023. The parties do request a further schedule for dispositive motions, but the timing will necessarily depend on whether the Court authorizes a discovery period and the length of that period.

Dated: January 11, 2023

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: thomas.kanwit@usdoj.gov

Respectfully submitted,

*/s/ Daniel L. McFadden*
Daniel L. McFadden (BBO #676612)
Matthew R. Segal (BBO #654489)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
dmcfadden@aclum.org

*Counsel for Plaintiff American Civil Liberties Union of Massachusetts, Inc.*

*/s/ Katherine M. Anthony*
Katherine M. Anthony (BBO #685150)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org

*Counsel for Plaintiff American Oversight*