UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS and AMERICAN OVERSIGHT,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　Defendant. | Civil Action No. 21-10761-AK |

## STIPULATION OF DISMISSAL

Plaintiffs American Civil Liberties Union of Massachusetts and American Oversight, and Defendant United States Immigration and Customs Enforcement ("ICE"), (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the dismissal of this action in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a) following the Parties' entry into a Settlement Agreement on or about January 5, 2024.  Each Party shall bear their own costs and fees except as otherwise provided in the Settlement Agreement.

This Court shall retain jurisdiction over the litigation only for the purpose of enforcing the Settlement Agreement.  Any action to enforce the Settlement Agreement must be commenced within 120 days of the execution of the Settlement Agreement, absent mutual agreement of the Parties or exceptional circumstances that could not be anticipated or avoided. An example of such a circumstance that would potentially justify extending the 120 day period would be a shutdown of the federal government.

Dated: January 5, 2024

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: thomas.kanwit@usdoj.gov

Respectfully submitted,

*/s/ Daniel L. McFadden*
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
dmcfadden@aclum.org

*Counsel for Plaintiff American Civil Liberties Union of Massachusetts, Inc.*

*/s/ Katherine M. Anthony*
Katherine M. Anthony (BBO #685150)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org

*Counsel for Plaintiff American Oversight*